UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Donnette Thomas,<br><br>Debtor. | Case No. 22-02732-hb<br>Chapter 7 |
| John P. Fitzgerald, III, Acting United States Trustee for Region Four,<br><br>Plaintiff,<br><br>v.<br><br>Donnette Thomas,<br><br>Defendant. | Adv. P. No. 23-80002-hb |

**CERTIFICATE OF SERVICE BY MAIL**

I hereby certify that the undersigned, on the 4th day of January 2023, served a copy of the

**SUMMONS AND COMPLAINT TO DENY THE DEBTOR A DISCHARGE**

by placing a copy thereof in the United States Mail properly addressed, first class postage prepaid, and return address properly included to:

Donnette Thomas
331 East Main Street
Rock Hill, SC 29730

Donnette Thomas
331 East Main Street, Suite 200
Rock Hill, SC 29730

JOHN P. FITZGERALD, III
Acting United States Trustee for Region 4

/s/    Linda Barr
Linda Barr, ID 6284
Trial Attorney
Office of United States Trustee
1835 Assembly Street, Suite 953
Columbia, SC 29201
(803) 765-5219
linda.k.barr@usdoj.gov