# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Donnette Thomas,<br><br>                                      Debtor(s).<br><br>John P Fitzgerald III, Acting United States Trustee for Region Four,<br><br>                                      Plaintiff(s),<br><br>v.<br><br>Donnette Thomas,<br><br>                                      Defendant(s). | C/A No. 22-02732-HB<br><br>Adv. Pro. No. 23-80002-HB<br><br>Chapter 7<br><br>**ORDER** |

**THIS MATTER** is before the Court upon a Complaint filed January 3, 2023. The Court's records indicate issuance of a Summons, but the record does not include any evidence of any responding answer or motion. Therefore, John P Fitzgerald III, Acting United States Trustee for Region Four shall submit for filing within fourteen (14) days of this Order an affidavit of default and proposed order for judgment, a settlement order concluding this proceeding, or shall request reissuance of the Summons if necessary.

Upon the failure to comply with this Order, the Court may enter an order dismissing the action without prejudice. Although the dismissal will be without prejudice, some actions may be otherwise time barred by the Federal Rules of Bankruptcy Procedure or other applicable law.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**02/10/2023**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 02/10/2023